UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANTON FERTIKH,

Petitioner,

v.

JEREMY CASEY, Warden, et al.,

Respondents.

Case No.:  26cv2448-LL-VET

**ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

[ECF No. 7]

Before the Court is Anton Fertikh's Amended Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 7 ("Pet.")], alleging that his prolonged detention of about eighteen months without a bond hearing violates the Fifth Amendment's Due Process Clause. Pet. at 3.

The government filed a Return, in which the government concedes that in considering prior rulings by courts in this district finding that prolonged detention without a bond hearing violates due process, as well as Mr. Fertikh's length of detention, "this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF No. 8 at 1–2.

1

Accordingly, the Court **ORDERS** as follows:

1.    Anton Fertikh's Amended Petition for Writ of Habeas Corpus is **GRANTED**.

2.    The government shall provide Anton Fertikh with an individualized bond hearing before an immigration judge within **fourteen (14) days** of the date of this order, unless Mr. Fertikh requests a continuance.

a.    At the hearing, the government **SHALL BEAR** the burden of establishing by clear and convincing evidence that Mr. Fertikh would likely flee or pose a danger to the community if released. Concerns about interrupting court schedules is not a ground to deny bond.

b.    The immigration judge **SHALL** consider alternative conditions of release and Mr. Fertikh's ability to pay bond if he or she determines bond is appropriate. *Hernandez v. Sessions*, 872 F.3d 976, 990–91 (9th Cir. 2017).

c.    If requested by Mr. Fertikh, the government **SHALL** assist Mr. Fertikh in obtaining the audio recording of the bond hearing. *Martinez v. Clark*, 124 F.4th 775, 786 (9th Cir. 2024) (citing *Singh v. Holder*, 638 F.3d 1196, 1200 (9th Cir. 2011)).

3.    The Clerk of Court shall enter judgment in Mr. Fertikh's favor and close this case.

**IT IS SO ORDERED**.

Dated:  May 22, 2026

_____

Honorable Linda Lopez
United States District Judge

26cv2448-LL-VET